UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-mc-00179-RJC-DCK

|  |  |  |
|---|---|---|
| IN RE: GISELLE RAMSEUR MARTIN,<br>　　　Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

**THIS MATTER** is before the Court *sua sponte*. After review by the Court, Plaintiff's case fails to adequately request any relief which this Court may grant and will be **DISMISSED**.

Pro se Plaintiff filed this miscellaneous action on November 2, 2020. (Doc. No. 1). The Plaintiff's initial filing instituting the action, is titled "Affidavit of Exemption from Withholding." (*Id.*). Although unclear, it appears the crux of Plaintiff's Affidavit alleges that she is a "Private Business Trust" to which the Internal Revenue Code does not apply. Plaintiff's filing also attaches various other difficult to discern documents and a memorandum. However, the filing is entirely unclear as to what, if any, relief Plaintiff seeks from this Court or the purpose of initiating the action. (*Id.*). On November 10, 2021, the Court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute. Plaintiff's pro se response is similarly unclear as to what, if any, relief Plaintiff requests from this Court or the purpose of initiating the case. (Doc. No. 3).

A court is empowered to dismiss a case *sua sponte* where the plaintiff has clearly failed to state a claim for relief. *See* Fed. R. Civ. P. 12(b)(6); *Grier v. United States*, 57 F.3d 1066 (4th Cir. 1995). Plaintiff's filings provide no factual allegations, claims, or requests for which the Court can grant relief.

**IT IS, THEREFORE, ORDERED** that this case is **DISMISSED**.

The Clerk is directed to close the case.

Signed: March 7, 2022

Robert J. Conrad, Jr.
United States District Judge