# United States District Court
## Western District of North Carolina
### Charlotte Division

IN RE: Giselle Ramseur Martin,  )  JUDGMENT IN CASE
                                          )
                                          )  3:20-mc-00179-RJC-DCK
                                          )

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

                               March 7, 2022

Frank G. Johns, Clerk
United States District Court